UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X

ERROL RUDMAN and RUDMAN PARTNERS LP, On Behalf of Themselves and All Others Similarly Situated,

        Plaintiffs,

  -against-

CHC GROUP LTD., WILLIAM J. AMELIO, JOAN S. HOOPER, REBECCA CAMDEN, WILLIAM E. MACAULAY, JONATHAN LEWIS, KENNETH W. MOORE, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., UBS SECURITIES LLC, HSBC SECURITIES (USA) INC., RBC CAPITAL MARKETS, LLC, WELLS FARGO SECURITIES, LLC, BNP PARIBAS SECURITIES CORP., STANDARD BANK PLC, CORMARK SECURITIES (USA) LTD., COWEN AND COMPANY, LLC, RAYMOND JAMES & ASSOCIATES, INC., SIMMONS & COMPANY, INTERNATIONAL, and TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.

        Defendants.

----------------------------------------- X

15-cv-03773 [rel. 15-cv-03796] (LAK)

**SUGGESTION OF BANKRUPTCY AND NOTICE OF OPERATION OF AUTOMATIC STAY**

    PLEASE BE ADVISED that voluntary petitions for relief under Chapter 11 of the Bankruptcy Code were filed by Defendant CHC Group Ltd. ("CHC") and its affiliated debtors (collectively, the "Debtors"), on May 5, 2016 (the "Petition Date"), in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"), and docketed as Case No. 16-31854.  A copy of the notice of commencement and petition filed by CHC is attached hereto as Exhibit A and is incorporated herein by reference.

    PLEASE BE FURTHER ADVISED that pursuant to Bankruptcy Code sections 1107(a) and 1108, the Debtors continue to manage their property as debtors-in-possession.

PLEASE BE FURTHER ADVISED that certain actions against the Debtors, such as the commencement and continuation of any litigation that could have been or was commenced before the Petition Date, are stayed pursuant to Bankruptcy Code section 362(a) as of the Petition Date.  Any action taken against the Debtors or their property, or exercising control of a property of the Debtors, including, without limitation, pursuing causes of action that are property of the estate of the Debtors, without obtaining the necessary relief from the automatic stay from the Bankruptcy Court is void *ab initio* and may be subject to findings of contempt and the assessment of penalties and fines.

Dated: New York, New York
       May 11, 2016

DECHERT LLP

By:  /s/ Neil A. Steiner
     Andrew Levander
     Neil A. Steiner
     Andrew Spievack
     Sarah Lyons

  1095 Avenue of the Americas
  New York, New York 10036
  Telephone:  (212) 698-3500
  Facsimile:   (212) 698-3599

*Attorneys for Defendants CHC Group Ltd., William J. Amelio, Joan S. Hooper, Rebecca Camden, William E. Macaulay, Jonathan Lewis and Kenneth W. Moore.*