**KIRBY McINERNEY LLP**
IRA M. PRESS
MEGHAN J. SUMMERS
825 Third Avenue, 16th floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
Email: ipress@kmllp.com
         msummers@kmllp.com

*Counsel for Lead Plaintiffs Errol Rudman
and Rudman Partners LP and Lead Counsel
for the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERROL RUDMAN and RUDMAN PARTNERS LP, on behalf of themselves and all others similarly situated,<br><br>                                 Plaintiffs,<br><br>          -against-<br><br>CHC GROUP LTD., WILLIAM J. AMELIO, JOAN S. HOOPER, REBECCA CAMDEN, WILLIAM E. MACAULAY, JONATHAN LEWS, KENNETH W. MOORE, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., UBS SECURITIES LLC, HSBC SECURITIES (USA) INC., RBC CAPITAL MARKETS, LLC, WELLS FARGO SECURITIES, LLC, BNP PARIBAS SECURITIES CORP., STANDARD BANK PLC, CORMARK SECURITIES (USA) LTD., COWEN AND COMPANY, LLC, RAYMOND JAMES & ASSOCIATES, INC., SIMMONS & COMPANY, INTERNATIONAL, and TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.,<br><br>                                 Defendants. | Case: 15-cv-3773-LAK<br><br>HON. LEWIS A. KAPLAN<br><br>**ECF Case**<br><br><u>Class Action</u> |

**UNOPPOSED MOTION FOR
CONDITIONAL CLASS CERTIFICATION,  PROVIDING FOR NOTICE OF
PROPOSED SETTLEMENT, AND SETTING SCHEDULE FOR MOTION FOR
<u>SETTLEMENT APPROVAL</u>**

PLEASE TAKE NOTICE that Lead Plaintiffs Errol Rudman and Rudman Partners L.P. ("Lead Plaintiffs"), individually and on behalf of all others similarly situated, by and through their attorneys Kirby McInerney LLP, will and hereby do move this Court on a date and at such time as may be designated by the Honorable Lewis A. Kaplan, Courtroom 21B, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, for an order, *inter alia*: (i) granting conditional certification of the Settlement Class; (ii) granting approval of the form and manner of Notice of the Proposed Settlement to the Settlement Class; and (iii) setting a date for a Settlement Hearing and deadlines for the mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Lead Plaintiffs' motion for approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

In addition to all prior pleadings and proceedings had herein, Lead Plaintiffs also submit the following documents in support of Lead Plaintiffs' motion: (1) Memorandum of Law in Support of Unopposed Motion for Conditional Class Certification, and Providing for Notice; (2) Declaration of Ira M. Press and exhibits attached thereto, including the Stipulation of Settlement dated June 16, 2017 with exhibits attached thereto (annexed as Exhibit 1) (the "Stipulation"); and (3) a [Proposed] Order Granting Conditional Class Certification, and Providing for Notice ("Proposed Notice and Scheduling Order").  The Proposed Notice and Scheduling Order is attached as Exhibit A to the Stipulation and is concurrently being submitted to the Court herewith.

2

Dated:  June 19, 2017                                Respectfully submitted,

                                                             KIRBY McINERNEY LLP

                                                             By: /s/ Ira M. Press
                                                                  Ira M. Press
                                                                 825 Third Avenue, 16th Floor
                                                                New York, New York 10022
                                                                Telephone:  (212) 371-6600
                                                                Facsimile:   (212) 751-2540

                                                               *Counsel for Lead Plaintiffs Errol Rudman*
                                                               *and Rudman Partners LP and Lead Counsel*
                                                               *for the Class*