RECEIVED JUN 28 2017 JUDGE KAPLAN'S CHAMBERS

Exhibit A-2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDMAN, ET AL., v. CHC GROUP, LTD., ET AL., | Civil Action No. 15-cv-3773 (LAK) |

## SUMMARY NOTICE

TO: ALL PERSONS WHO PURCHASED SHARES OF CHC GROUP LTD. ("CHC") COMMON STOCK IN THE JANUARY 16, 2014 IPO AND/OR IN THE OPEN MARKET DURING THE PERIOD FROM JANUARY 16, 2014 THROUGH AND INCLUDING JULY 10, 2014 (the "CLASS PERIOD")

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York (the "District Court") and Rule 23 of the Federal Rules of Civil Procedure, that a hearing will be held at ___:_____ __.m. on _____, 2017 before the Honorable Lewis A. Kaplan, United States District Court Judge, in Courtroom 21B, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007 for the purpose of determining (1) whether the proposed settlement of the Consolidated Action for the principal amount of $3,850,000, plus accrued interest, should be approved by the District Court as fair, reasonable, and adequate; (2) whether the Final Approval Order and Judgment should be entered by the District Court dismissing the Consolidated Action with prejudice; (3) whether the proposed Plan of Allocation is fair, reasonable, and adequate and, therefore, should be approved; and (4) whether the Fee and Expense Application should be approved. In connection with the Fee and Expense Application, Lead Counsel will request attorneys' fees not to exceed one-third (33.33%) of the Settlement Fund, plus expenses (exclusive of administration costs) not to exceed $55,000.

If you purchased CHC common stock in the January 16, 2014 IPO and/or in the open market during the period from January 16, 2014 through and including July 10, 2014, your rights may be affected by the settlement of the Consolidated Action. If you have not received a detailed Notice of Settlement of Class Action and Settlement Fairness Hearing, and Motion For an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") and a copy of the Claim Form, you may obtain copies by writing to *Rudman, et al. v. CHC Group, Ltd., et al*, c/o A.B. Data, Ltd., P.O. Box. 170700, Milwaukee, WI 53217, by emailing the Claims Administrator at info@chcgroupsecuritieslitigation.com, by calling toll free 866-905-8103, visiting the settlement website on the internet at www.chcgroupsecuritieslitigation.com, or from Lead Counsel's website at www.kmllp.com. If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Claim Form, postmarked on or before _____, 201_, establishing that you are entitled to recovery.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion postmarked by no later than _____, 201_, in the manner and form explained in the detailed Notice referred to above. All members of the Settlement Class who have not timely and validly requested exclusion from the Settlement Class will be bound by any judgment entered in the Consolidated Action pursuant to the Stipulation of Settlement dated as of _____, 201_. If you properly and timely exclude yourself from the Settlement Class,

1

Exhibit A-2

you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to any aspect of the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to designated representative Lead Counsel and counsel for the Defendants such that they are *received* no later than _____, 201\_\_, in accordance with the instructions set forth in the Notice.

**PLEASE DO NOT CONTACT THE DISTRICT COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact Lead Counsel:

Ira Press, Esq.
Meghan Summers, Esq.
KIRBY McINERNEY LLP
825 Third Avenue, 16th
New York, NY 10022
Tel: (212) 371-6600

DATED: _____, 2017         BY ORDER OF THE DISTRICT COURT, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK