UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERROL RUDMAN, et al.,

                        Plaintiffs,

          -against-                                      15-cv-3773 (LAK)
                                                                     and consolidated case

CHC GROUP LTD., et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Plaintiffs' motion for final approval of the proposed class action settlement and plan of allocation [DI 68] is granted. Judgment will enter upon resolution of plaintiffs' motion for attorneys' fees.

       SO ORDERED.

Dated:     October 2, 2017

                                                                 _____
                                                                       Lewis A. Kaplan
                                                                  United States District Judge